UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:14-cr-291-T-30TBM

MISAEL SANTANA-GONZALEZ

## PRELIMINARY ORDER OF FORFEITURE

The United States moves (Doc. 99), pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following assets:

- a. $49,450.00 in United States Currency;

- b. 2013 Rolls Royce Ghost, VIN: SCA664S52DUX52054;

- c. 2012 20' XPRO RHIB Center Console with 2012 Yamaha Outboard, Serial Number: 63P X 112027 and 2007 Rocket International Supreme Trailer, VIN: 4YBGB20167F003124;

- d. 2013 Silver Marine Phoenix 610, Hull No. CN-ORP-DC001I213 with Load Rite 5S-19245OVT with Yamaha 200 HP Outboard Motor, Serial Number: 6DA X 1006400 and FiveStarr Trailer, VIN:  5A4KR3P17D2001951;

- e. 2013 Silver Marine Phoenix, Hull No. CN-ORP DC001E313 with 2013 Yamaha 150 HP Outboard Motor, Serial Number: 63P X 1128799 and Single Axle Trailer, No VIN; and

- f. 2013 Sea Hunter 37' Center Console, Hull No. GQL37262H213 with 3 Yamaha Outboard 350 HP Motors, Serial Numbers: 6AWX-1006944; 6AWU-1006849; and 6AXX-1004176 with Float On 36' Triple Axel Trailer, VIN: 40YBP3834AF000266.

The defendant pleaded guilty to conspiracy to distribute and possess with intent to distribute cocaine as charged in Count One of the Superseding Indictment, and the Court adjudged him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the identified assets and the offense of conviction.

Accordingly, it is **ORDERED** that the motion (Doc. 99) of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Tampa, Florida on March 3rd, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2014\14-cr-291 forfeit 99.docx